UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 OCT -3 PM 1:19

CLERK

BY **AL**
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 2:23-cr-107-1 |
| SIENA LEANG, | ) |
| | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE

In or about February 2023, in the District of Vermont, defendant SIENA LEANG managed and controlled a place, namely 16 Abenaki Way, Apartment #610, Winooski, Vermont, as owner and lessee and occupant, and knowingly and intentionally made that place available for use for the purposes of unlawfully storing, distributing, and using controlled substances.

(21 U.S.C. § 856(a)(2); 18 U.S.C. § 2)

A TRUE BILL

███████████████
FOREPERSON
███████████████

_Nikolas P. Kerest_ (ZBS)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
October 3, 2023