UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff<br><br>　　　　v.<br><br>SIENA LEANG,<br>　　　Defendant | )<br>)<br>)<br>)　Case No. 2:23-cr-00107<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Brooks G. McArthur, Esq., of the law firm of Gravel & Shea PC, hereby enters his appearance for Defendant Siena Leang in the above captioned matter.

Dated:　　　October 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Brooks G. McArthur*
　　　　　　　　　　　　　　　　　　　　　　　　Brooks G. McArthur, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Gravel & Shea PC
　　　　　　　　　　　　　　　　　　　　　　　　76 St. Paul Street, 7th Floor, P.O. Box 369
　　　　　　　　　　　　　　　　　　　　　　　　Burlington, VT  05402-0369
　　　　　　　　　　　　　　　　　　　　　　　　(802) 658-0220
　　　　　　　　　　　　　　　　　　　　　　　　bmcarthur@gravelshea.com
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys For Defendant

gravel & shea
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369