# UNITED STATES DISTRICT COURT

for the

District of Vermont

2023 OCT 18 PM 4:23

| United States of America | ) |
| v. | ) |
| | ) Case No. 2:23-cr-107-1 |
| SIENA LEANG | ) |
| | ) |
| | ) |
| *Defendant* | ) |

RCVD U.S. MARSHALS VT
OCT 03 2023 PM02:57

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SIENA LEANG,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 856(a)(2) - controlling a place as a lessee and occupant and knowingly and intentionally making the place available for the purpose of unlawfully storing and distributing cocaine base and fentanyl, Schedule II controlled substances.

Date: 10/03/2023

_Sharrah LeClair_
*Issuing officer's signature*

City and state: Burlington, Vermont

Sharrah LeClair, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/03/2023, and the person was arrested on *(date)* 10/18/2023
at *(city and state)* Burlington, VT.

Date: 10/18/2023

_Brittany Beliveau, Deputy US Marshal_
*Arresting officer's signature*

Brittany Beliveau, Deputy US Marshal
*Printed name and title*

✱ on behalf of DEA